UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOBILE PIXELS, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Cause No. 1:23-cv-12587-ADB |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) ) ) ) |
| *Defendant*. | ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Attorney Yun Cheng of Lion's Law P.C. as counsel for Defendants Bindpo and Zuliner ("Defendants") in the above-captioned action.

**DATED: 11/30/2023**               **DEFENDANTS,**
                                                            By their attorney,

                                                            /s/ Yun Cheng_____

                                                            Yun Cheng (BBO# 707028)
                                                            Lion's Law P.C.
                                                            154 Wells Ave
                                                            Newton, Massachusetts 02459
                                                            (617) 682-7111 Telephone
                                                            yun@lionslawgroup.com