UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mobile Pixels, Inc.,<br><br>          Plaintiff,<br><br>- against –<br><br>THE INDIVIDUALS, PARTERNSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>          Defendants, | **Case No. 23-cv-12587 ADB** |

To: The clerk of court and all parties of record

  PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the United States District Court of Massachusetts, hereby enters her appearance as counsel for Defendants, Shenzhen HiSilicon Technology Co., Ltd. (Oiiwak Store identified in the sealed Schedule A), Qingdao Formula E-Commerce Co., Ltd. (L-Limink Store identified in the sealed Schedule A), and Shenzhen Yuchen Electronics Co., Ltd. (Lemoge Store identified in the sealed Schedule A) (or by transliteration: Shenzhenshi haisi zhichuang keji youxiangongsi, Qingdaofangchengshidianzishangwuyouxiangongsi, Shenzhen Yuchen Dianziyouxiangongsi) in the above captioned matter.

Dated:  December 1, 2023

                   */s/Jie Tan*
                   Jie Tan
                   MA BBO#: 666462
                   JT LAW Office
                   400 Tradecenter Dr., STE 5900,
                   Woburn, MA 01801
                   Email: jie.tan@jtlawservices.com
                   Tel: 9783358335
                   Fax: 914-358-4230