# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOBILE PIXELS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Civil Action No.:  1:23-CV-12587-ADB |

**AFFIDAVIT OF WEI WANG IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

I, Wei Wang, being duly sworn, do hereby depose and state as follows:

1. I am an attorney admitted to practice in the State of New York. My firm, Glacier Law, LLP, has an office located at 41 Madison Avenue, Suite 2529, New York, NY 10010 where I am located. My office telephone number is (332) 777-7315, and my email address is wei.wang@glacier.law.

2. I am filing this affidavit in support of a motion seeking my admission *pro hac vice* for the purpose of representing Defendant, Shenzhen City Free Vast Science and Technology Co., Ltd. in the above-captioned action.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, including the State of New York, the Southern District of New York, and the Eastern District of New York.

2

4. I have not been denied admission or disciplined by any Court. There are no disciplinary hearings against me of which I am aware of in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

6. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury on this 1st day of December 2023.

                                                      _____*/s/ Wei Wang*_____
                                                         Wei Wang