UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOBILE PIXELS, INC.,<br><br>                      Plaintiff,<br><br>           v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                      Defendants. | Civil Action No.:  1:23 CV 12587- ADB |

## DEFENDANTS' [1] NOTICE OF EFFORT TO RESOLVE BONDS

The Defendants provide notice that pursuant to the Court's request, they have offered to issue a bond in the amount of $100,000 to provide security for any anticipated judgment. The

---

[1] Defendants include Shenzhen City Free Vast Science and Technology Co., Ltd (d/b/a Maxfree); Shenzhenshi Haogainian Dianzikeji Youxiangongsi d/b/a YUTOO; XFANIC GROUP HK LIMITED（Hong Zhang) d/b/a SOOMFON OFFICIAL; shenzhenshiyidaishumakeji Co.ltd-huang yuan qiong  d/b/a  LY.gainianUS1; Donguanshi shuangshengle shangmao youxiangongsi  d/b/a SacredMusic; Shenzhen Laibo Technology Co, Ltd d/b/a LAlBO US; Dongguan Guangliying Electronic Technology Co, Ltd. d/b/a KEFEYA US OFFICIAL; Shenzhen Domidolai Sales Co. LTD d/b/a Domyfan Us; Triple A International Trading INc. d/b/a US-Alecewey; Rongbang Enterprise USA INC d/b/a BOAA US store; R&T BROTHERS LLC d/b/a CopGain Store-us; FUCANG ENTERPRISES USA INC d/b/a ppL Technology Supply; Shenzhen Mingsirui Technology Co, Ltd. d/b/a SMISEACOW US; LIVING SKYLIGHT INc d/b/a WallyDeals; Shenzhen SHANGJIAMEIPIN E-Commerce Co, Ltd. d/b/a Kwumsy; RIZTECHNOLOGY LLC d/b/a JTechGiant; Bohua HUAGAOLI Electronic Technology Co, Ltd. d/b/a VargaoliDea; Shenzhen Pengling Intelligent Technology Co., Ltd. d/b/a FICIHP; Shenzhen Lianshengtuo Technology Co., Ltd. d/b/a ALLVIA; Shenzhen Weidong Zhi Xin Technology Co, Ltd. d/b/a WESTHOD US; Qingyuanshi Maigi Intelligent Technology Co., Ltd. d/b/a APILDELLA; Shenzhen Jiashi Technology Co., Ltd. d/b/a gyflp; Shenzhen Donghongze Trading Co., Ltd. d/b a CIDETTY Electronics; Shenzhen Jiacaili Technology Co, Ltd. d/b/a KasoreyUs; Shenzhen Keangsi Trade Co. ltd. d/b a AetherSpark; and Shenzhen Huibaijia Technology Co, Ltd. d/b/a Venraty.

Defendants have also requested that Plaintiff increase its bond to $100,000 to compensate the Defendants for damages that they may have sustained as a result of the injunctive relief. The Plaintiff has rejected the offer.

Defendants request an order from the Court that

1. sets an amount of the bond for the Plaintiff in the amount of $100,000;

2. sets the amount of the bond for the Defendants in the amount of $100,000;

3. upon the Defendants' issuance of a bond , as set forth in paragraph 2, that the Plaintiff  immediately notify the Platforms including but not limited to Amazon.com, to release all restraints on the Defendants accounts, reinstate Defendants' ASINs and selling privilege;

4. Plaintiff will immediately notify the Platforms that the TRO has expired;

5. Platforms shall release Defendants' financial account; and

6. Plaintiff shall copy Defendants' counsel on all email or other communication with the Platforms.

The Defendants have attached as **Exhibit A** an order that issued in a similar case pending in the Northern District of Illinois (Eastern Division).

Defendants attach as **Exhibit B** a copy of a demand issued by Plaintiff to resolve the entire case (for $10,000).

        Defendants,
        By its attorneys,

        */s/ Richard E. Briansky*

        _____
        Richard E. Briansky (BBO#632709)
        PECKAR & ABRAMSON, P.C.
        28 State Street – Suite 1802
        Boston, MA 02109
        Tel: (857) 284-8155
        Fax: (617)-206-1998

Dated: December 7, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are as non-registered participants.

Date: December 7, 2023                    /s/ *Richard E. Briansky*
                                          Richard E. Briansky

#5212614v1