# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEIFENG ZHIZAO (SHENZHEN) TECHNOLOGY CO., LTD. D/B/A/ BEBIRD,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 23-cv-3301<br><br>Judge Thomas M. Durkin |

## ORDER

Before the Court is Plaintiff's Motion for Preliminary Injunction (the "Motion") against certain appearing Defendants, namely, (1) YJH Inc., SUNPOLIN, Bangbang Youpin (shenzhen) Industrial Co., Ltd., Shenzhen Yipincheng Technology Co., Ltd., AOSITA, ohuotoy store, Earwise, Earpick, LoykerOtoscope, COLL CAM, EAR CLEAN, TOUCHBeauty Direct, EarEternity, EarBeyond, Ear Vision, LOYStore, EarSoul (the "Response #54 Defendants"); and (2) AISITIN Authorize Store, BenicabeDirect, EARHOME, Heystop Official Store, MLH.US.STORE, NJ-US Co. Ltd, QiYiEar, VANBAR, YM-US Co., Ltd (the "Response #60 Defendants") (collectively, the "Appeared Defendants"). The Court will set a briefing schedule for the Motion. While this Court further considers Plaintiff's Motion for Preliminary Injunction as to the Appeared Defendants, the Court Orders as follows:

1. The Response #54 Defendants, collectively, and the Response #60 Defendants, collectively, are each required to submit a $50,000 bond with the Court. Defendants may post security through surety, cashier's check, certified check, cash, or law firm check. Alternatively, Defendants may authorize any of the Platforms to transfer or post the bond with the Court on

their behalf. The Clerk of Court is to deposit the funds into the Court Registry until further order of the Court.

2. Upon the Appeared Defendants' compliance with Paragraph 1 of this Order, this Court orders the Platforms including but not limited to Amazon.com, Alibaba.com, Temu.com, and Walmart.com (the "Platforms") to release all restraints on the Appeared Defendants' accounts.

3. Upon the Appeared Defendants' compliance with Paragraph 1 of this Order, this Court dissolves the temporary restraining order (Dkt. 18) in full as to the Appeared Defendants.

4. Appeared Defendants are entitled to sales revenue generated after the release of the restraints, and the sales revenue should be free from any restraints, although the sale revenue could be subject to damage calculation.

It is so ORDERED.

Date: July 21, 2023

*Thomas M Durkin*
Thomas M. Durkin
United States District Judge