# EXHIBIT B

# Briansky, Richard E.

**From:** Men, Ruoting <ruoting.men@glacier.law>
**Sent:** Thursday, December 7, 2023 2:47 PM
**To:** Briansky, Richard E.
**Subject:** Fw: fwd:Settlement negotiation

**From:** 522368 <522368@qq.com>
**Sent:** Thursday, December 7, 2023 12:39
**To:** Liu, Tao <Tao.Liu@glacier.law>; Men, Ruoting <ruoting.men@glacier.law>
**Subject:** fwd:Settlement negotiation

------------------ 原始邮件 ------------------
发件人: "MP_IP Enforcement"<mp_ip_enforcement@mobilepixels.us>;
发件时间: 2023-12-08 01:16
收件人: "522368"<522368@qq.com>;
主题: Settlement negotiation

Hello from Mobile Pixels Inc.:

We are writing to inform your amazon shop has advertised, sold and/or offered to sell unauthorized products that infringe our federally registered design patents. Your actions of blatant design patent infringement are of serious concern to our company and entitle our company to several remedies, including injunctive and monetary relief.

As a result, it is our intention to pursue the fullest amount of damages available to it. Our company is confident that it will prevail in this action and be awarded damage for willful infringement of design patents.

Notwithstanding the above (and while our company remains entirely confident in its position), our company is willing to investigate the possibility of a commercial resolution to this dispute in order to save all parties the time and expense associated with litigation.

Some links have not been closed down since the extension of our temporary restraining order (TRO). We have refrained from notifying Amazon to close those links as an indication of our sincere intent for a resolution. Otherwise, even if your company is willing to provide a deposit to continue the lawsuit, it would result in ongoing legal expenses. And significant compensation may be incurred. Besides, even with a substantial bond payment, the earliest release of your company's frozen assets would likely to be next Monday or Tuesday. In the event of reaching a settlement, we commit to notifying Amazon to unfreeze the frozen assets and try our best to reactivate the listing on the day following the execution and receipt of settlement funds.

As such, upon confirmation that you will pay the sum of $10000 to our company (which is a heavily discounted sum to what would be awarded if our company continues to pursue this case through to final judgment), we will propose a draft settlement agreement with the appropriate releases. Once a settlement agreement is agreed upon, our company will consider this matter concluded and inform amazon of the settlement so that your accounts can be unfrozen and you can continue business in the normal course of things. And we will try to reactivate the listing you already have been removed.

Please confirm that these terms are acceptable to you, and I will proceed with drafting an agreement.