**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MOBILE PIXELS, INC., ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PARTNERSHIPS AND ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE "A", ) <br> ) <br>         Defendants. ) <br> _____) | Case No. 23-cv-12587 ADB <br><br><br><br><br><br><br>**DEMAND FOR JURY TRIAL** |

**DECLARATION OF THOMAS P. McNULTY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS**

I, Thomas P. McNulty, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I represent Plaintiff Mobile Pixels, Inc. ("Mobile Pixels" or "Plaintiff"). Except as otherwise expressly stated herein, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows.

2. Attached as Exhibit A hereto is true and correct copy of the results of a search I performed on Amazon on February 26, 2024, in which I searched for "laptop+screen+extender." As indicated in the top left, this search produced 913 product offerings.

3. Attached as Exhibit B hereto is true and correct copy of the results of a search I performed on Amazon on February 26, 2024, in which I searched for "Mobile+Pixels+laptop+screen+extender." As indicated in the top left, this search

produced 162 product offerings from Mobile Pixels, meaning that the search from Exhibit A includes 751 screen extender product offerings from parties other than Mobile Pixels.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of February 2024,

  /s/ Thomas P. McNulty_____

# EXHIBIT A

Deliver to kim Topsfield 01983 | All ▼ | laptop+screen+extender | 🔍 | EN ▼ | Hello, Tom Account & Lists ▼ | Returns & Orders | 🛒 2

Subtotal **$55.18**

Eligible for FREE Same-Day, Overnight or Tomorrow delivery

All | Medical Care ▼ | Prime Video | Amazon Basics | Keep Shopping For | Customer Service | Groceries ▼ | Shop Black-owned businesses

1-16 of 913 results for **"laptop+screen+extender"**  Sort by: Featured

**Delivery**
Overnight by 11AM
Tomorrow by 3PM
All Prime

**Delivery Day**
Get It by Tomorrow

**More-sustainable Products**
Climate Pledge Friendly

**Department**
Computers & Accessories
  Computer Monitors

**Customer Reviews**
★★★★ & Up
★★★ & Up
★★ & Up
★ & Up

**Brands**
SAMSUNG
LG
Dell
ASUS
acer
Sceptre
PHILIPS
▼ See more

**Price**
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Deals & Discounts**
All Discounts
Today's Deals

**Monitor Resolution**
4K UHD 2160p
4K UHD 1600p Ultra Wide
2K DCI 1080p
QHD Wide 1440p
FHD 1080p
FHD 1080p Ultra Wide
QXGA Wide
▼ See more

**Screen Size**
Up to 13.9 in
14.0 to 17.9 in
18.0 to 21.9 in
22.0 to 25.9 in
26.0 in & above

**Refresh Rate**
240
165
144
120
100



Triple folding monitor, Triple your productivity
Shop InnoView ›


InnoView Laptop Screen Extender 15.6" Dual...
655


InnoView ... Exten...

Sponsored

**Results**
Check each product page for other buying options.



Sponsored
**14.1" Laptop Screen Extender, 1080P FHD Portable Monitor for Laptop USB C HDMI, Plug-Play Laptop...**
★★★★☆ 143
500+ bought in past month
$**148**⁹⁰  List Price: $199.90
✓ Save $20.00 with coupon
Overnight
FREE delivery **Overnight 7 AM - 11 AM**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080i**
Response Time: **5.00 milliseconds**

[Add to Cart]



Sponsored
**Laptop Screen Extender, 14"Portable Laptop Monitor, 1080P FHD IPS Monitor Extender, Plug and Play No Drive...**
★★★★☆ 177
50+ bought in past month
$**199**⁰⁰
✓ Save $60.00 with coupon
One-Day
FREE delivery **Tomorrow, Feb 27**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

[Add to Cart]



**Teamgee Portable Monitor for Laptop, 14" FHD 1080P IPS Laptop Screen Extender with Build-in Stand/Dual...**
Options: **2 sizes**
★★★★☆ 418
1K+ bought in past month
Limited time deal
$**236**⁶⁹  List: $369.99
✓ Save $20.00 with coupon
Overnight

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **3.00 milliseconds**

75
60

**Response Time**
Up to 3.9 ms
4.0 to 4.9 ms
5.0 to 5.9 ms
6.0 ms & above

**Adaptive Sync**
FreeSync
FreeSync Premium

**Connectivity Technology**
DisplayPort
Ethernet
HDMI
USB Type C
VGA

**Display Features**
Adaptive Sync
Anti Glare Screen
Blue Light Filter
Built-In Speakers
Built-In Webcam
Curved
Eye Care
▼ See more

**Screen Surface**
Glossy
Matte

**Aspect Ratio**
1.50:1
1.59:1
1.70:1
1.75:1
1.77:1
16:10
16:9
▼ See more

**Mounting Type**
Desk Mount
Rack Mount
Wall Mount

**Image Brightness**
Up to 272 cd
273 to 319 cd
320 to 366 cd
367 cd & above

**Item Weight**
Up to 1.9 lb
2.0 to 3.9 lb
4.0 to 5.9 lb
6.0 to 7.9 lb
8.0 to 9.9 lb
10.0 to 11.9 lb
12.0 lb & above

**Viewing Angle**
Up to 176 °
178 °
179 ° & above

**Computer Monitor Usage**
Business
Desktop
Gaming
Photo Video Editing

**Color**

---

FREE delivery **Overnight 7 AM - 11 AM**

Add to Cart

More Buying Choices



**Laptop Screen Extender, 14.2" Portable Triple Monitor for Laptop with Full HD IPS Display, Laptop Extended Monit…**

520
1K+ bought in past month

$**237**⁴⁰  Typical price: $249.90
Save 5%  with coupon

Overnight
FREE delivery **Overnight 7 AM - 11 AM**

| Display Size: | 14.2 inches |
| Refresh Rate: | 60 hertz |
| Resolution: | FHD 1080p |
| Response Time: | - |

Add to Cart

**Teamgee Laptop Screen Extender, 14" FHD 1080P IPS Portable Monitor for Laptop, Built-in Stand/Speaker, Du…**

Options: 2 sizes

392
1K+ bought in past month

$**149**⁹⁹ Typical price: $199.99
Save $20.00  with coupon

One-Day
FREE delivery **Tomorrow, Feb 27**

| Display Size: | 14.00 inches |
| Refresh Rate: | 60 hertz |
| Resolution: | FHD 1080p |
| Response Time: | 2.00 milliseconds |

Add to Cart

More Buying Choices
$148.49  (5 used & new offers)





Sponsored

**S2 Triple Monitor for Laptop, 14" Laptop Monitor Extender Plug & Play,…**

275
500+ bought in past month

Limited time deal

$**234**⁹⁸ List: $349.99

One-Day
FREE delivery **Tomorrow, Feb 27**

### More results



**Teamgee 14" Portable Monitor, FHD IPS Laptop Screen Extender with 90° Foldable Stand/Dual Speakers,…**

Options: 2 sizes

208
100+ bought in past month

$**239**⁹⁹ Typical price: $349.99
Save $16.00  with coupon

Overnight
FREE delivery **Overnight 7 AM - 11 AM**

| Display Size: | 14 inches |
| Refresh Rate: | 60 hertz |
| Resolution: | FHD 1080p |
| Response Time: | 3.00 milliseconds |

---

Subtotal
$55.18



Eligible for FREE Same-Day, Overnight or Tomorrow delivery

Subtotal $55.18

Eligible for FREE Same-Day, Overnight or Tomorrow delivery



**Business Type**
- Small Business

**Monitor Display Maximum Resolution**
- 1024 x 600
- 1280 x 800
- 1366 x 768
- 1920 x 1080
- 1920 x 1200
- 2560 x 1440
- 2560 x 1600
- ⌄ See more

**Warranty Type**
- 1 Year Manufacturer Warranty
- 2 Years Manufacturer Warranty

**Display Type**
- OLED
- QLED
- LCD
- LED

**All Top Brands**
- Top Brands

**New Arrivals**
- New Arrivals

**Certification**
- Energy Star

**Amazon Global Store**
- Amazon Global Store

**International Shipping**
- International Shipping Eligible

**Condition**
- New
- Renewed
- Used

**Seller**
- Amazon Warehouse
- Mobile Pixels Inc
- Maxfree
- LIANJI Tech.
- New Vision Tech LLC
- kunjiunet
- Vtek Screen

**Availability**
- Include Out of Stock

---



Sponsored

**Triple Portable Monitor for Laptop 14",Triple Screen Laptop Monitor 1080P FHD IPS with Type-C/HDMI/USB-…**

Options: 2 sizes

☆☆☆☆☆ 1,174
500+ bought in past month

Limited time deal
$**249**⁹⁹  Typical price $329.99

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

Two-Day
FREE delivery **Wed, Feb 28**

See options

---



**Laptop Screen Extender,14" Dual Screen Laptop Monitor Extender,FHD 1080P IPS Portable Monitor for 13"to17"…**

Options: 2 sizes

☆☆☆☆☆ 30
50+ bought in past month

$**149**⁹⁹  List Price: $199.99
Save $20.00  with coupon

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **25.00 milliseconds**

One-Day
FREE delivery **Tomorrow, Feb 27**

Add to Cart

---

**Triple Portable Monitor for Laptop 14",Triple Screen Laptop Monitor 1080P FHD IPS with Type-C/HDMI/USB-…**

Options: 2 sizes

☆☆☆☆☆ 1,174
500+ bought in past month

Limited time deal
$**249**⁹⁹  Typical price $329.99

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

Two-Day
FREE delivery **Wed, Feb 28**

See options

More Buying Choices
$209.99 (2 used & new offers)

---



**Laptop Screen Extender, 14" Portable Monitor for Laptop 13-17.3", 1080P FHD IPS Laptop Monitor Extender for…**

Options: 3 sizes

☆☆☆☆☆ 374
400+ bought in past month

$**145**⁹⁹  List Price: $199.99
Save $10.00  with coupon

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **3 milliseconds**

Two-Day
FREE delivery **Wed, Feb 28**

Add to Cart

More Buying Choices
$140.15 (4 used & new offers)

---



**14" Laptop Screen Extender, FHD 1080P IPS Triple Portable Monitor for Laptop, HDMI/USB-A/Type-C Plug…**

☆☆☆☆☆ 356
400+ bought in past month

$**299**⁹⁰

Display Size: **14 inches**
Refresh Rate: **60 hertz**



Subtotal
$55.18

Save $70.00 with coupon
Resolution: FHD 1080p
Response Time: 3.00 milliseconds
One-Day
FREE delivery **Tomorrow, Feb 27**

Add to Cart

More Buying Choices
$196.31 (7 used & new offers)

+1 color/pattern



Eligible for FREE Same-Day, Overnight or Tomorrow delivery

---



Sponsored

**Kwumsy Portable Laptop Screen Extender-S1 Slim 14" IPS FHD 1080P Extended Portable Monitor for Laptop,TYPE-…**

102
100+ bought in past month

Limited time deal
$**159**²⁰ Typical: $199.00
Save $30.00 with coupon

Display Size: **14.00 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.00 milliseconds**

Two-Day
FREE delivery **Wed, Feb 28**

Add to Cart

### 4 stars and above

Sponsored   | Based on star rating and number of customer ratings



Shop now
Sponsored





**Laptop Screen Extender, 14"Portable Laptop Monitor, 1080P FHD IPS Monitor Extender, Plug and Play No…**
177
50+ bought in past month
$**199**⁰⁰
Save $60.00 with coupon
FREE One-Day

**Triple Portable Monitor for Laptop 14",Triple Screen Laptop Monitor 1080P FHD IPS with Type-C/HDMI/USB-…**
1,174
500+ bought in past month
Limited time deal
$**249**⁹⁹ Typical price $329.99

**Kwumsy Portable Laptop Screen Extender-S1 Slim 14" IPS FHD 1080P Extended Portable Monitor for…**
102
100+ bought in past month
Limited time deal
$**159**²⁰ Typical: $199.00
Save $30.00 with coupon

### More results

**14.1" Laptop Screen Extender, 1080P FHD Portable Monitor for Laptop USB C HDMI, Plug-Play Laptop…**
143
500+ bought in past month
$**148**⁹⁰ List Price: $199.90
Save $20.00 with coupon

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080i**
Response Time: **5.00 milliseconds**

Overnight
FREE delivery **Overnight 7 AM - 11 AM**

Add to Cart

More Buying Choices
$133.54 (3 used & new offers)



**Laptop Screen Extender, 14" FHD IPS Ultra-Thin Dual/Triple Portable Monitor Display, HDMI/USB-A/Type-…**

178
400+ bought in past month

$239⁹⁷  List Price: $329.97
Exclusive Prime price

FREE delivery **Thu, Feb 29**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.00 milliseconds**

Add to Cart

Subtotal $55.18



Eligible for FREE Same-Day, Overnight or Tomorrow delivery



---



**Laptop Screen Extender, 14" FHD 1080P IPS Portable Monitor for 13.3"-17" Laptop, HDMI/USB-A/Type-C…**

30
50+ bought in past month

$237⁹⁸  Typical price: $329.99
Save $20.00 with coupon

Overnight
FREE delivery **Overnight 7 AM - 11 AM**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **3.00 milliseconds**

Add to Cart

---

**14" Laptop Screen Extender, 1080P FHD S1 Portable Monitor for Laptop, Speakers & Kickstand, HDMI/USB-…**

15

$149⁹⁹  List Price: $219.99
Save $20.00 with coupon

Overnight
FREE delivery **Overnight 7 AM - 11 AM**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **3.00 milliseconds**

Add to Cart

---

Sponsored



**Triple Laptop Monitor Extender, 13.3" 1080P FullHD IPS Dual Portable Monitor for Laptop, Type-C Travel Extende…**

409
200+ bought in past month
Limited time deal

$239⁹⁹  List: $399.99
Save $25.00 with coupon

Overnight
FREE delivery **Overnight 7 AM - 11 AM**

Display Size: **13.3 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **30.00 milliseconds**

Add to Cart

---

**14" Laptop Monitor Extender, FHD 1080P IPS Dual Laptop Screen Extender, HDMI/USB-A/Type-C Plug and Play for…**

Options: 2 sizes

167
500+ bought in past month

$149⁰⁰  Typical price: $199.99
Save $20.00 with coupon

One-Day
FREE delivery **Tomorrow, Feb 27**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **3.00 milliseconds**

Add to Cart

---



**S2 Triple Monitor for Laptop, 14" Laptop Monitor Extender Plug & Play, 1080P HD Portable Laptop Screen…**



Shop now
Sponsored

Subtotal $55.18


Eligible for FREE Same-Day, Overnight or Tomorrow delivery





275
500+ bought in past month
Limited time deal
$234.98  List: $349.99
One-Day
FREE delivery **Tomorrow, Feb 27**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **1.00 milliseconds**

Add to Cart

More Buying Choices
$232.63 (3 used & new offers)

---



**Portable Monitor for Laptop,14" Laptop Screen Extender, 1080P FHD Triple Screen Laptop Monitor Extender for...**

Options: 4 sizes

328
400+ bought in past month
$237.99  List Price: $299.97
Save $23.00 with coupon
Overnight
FREE delivery **Overnight 7 AM - 11 AM**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **5.00 milliseconds**

Add to Cart

---

**Laptop Monitor Extender, 14"Laptop Screen Extender, USB Type-C/HDMI Ports, Attachable Portable Monitor fo...**

85
200+ bought in past month
$149.25  List Price: $199.00
Save $20.00 with coupon
Overnight
FREE delivery **Overnight 7 AM - 11 AM**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

Add to Cart

More Buying Choices
$141.13 (3 used & new offers)

---

Sponsored
**14" 1080P Portable Dual Monitor Extender for Laptops - USB C and HDMI, Plug-Play for Dual Display on Mac and...**

406
200+ bought in past month
Limited time deal
$154.99  Typical: $219.99
Save $15.00 with coupon
One-Day
FREE delivery **Tomorrow, Feb 27**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **3.00 milliseconds**

Add to Cart

---



Sponsored
**InnoView Laptop Screen Extender 15.6" Dual Monitors Stacked Folding...**

407
200+ bought in past month

Limited time deal

**$329.99** ~~List: $379.99~~

Save $30.00 with coupon

Overnight
FREE delivery **Overnight 7 AM - 11 AM**

## Related searches

| laptop screen extender triple | dual laptop screen extender | laptop screen extender |
| monitor for laptop extender | laptop screen extender monitor portable | portable laptop screen extender |

‹ Previous  **1**  2  3  …  20  Next ›

---

## Brands related to your search
Sponsored

## Need help?
Visit the help section or contact us

Sponsored

Back to top

Subtotal
**$55.18**

Eligible for FREE Same-Day, Overnight or Tomorrow delivery

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | | Reload Your Balance | |
| | | Gift Cards | |



Amazon Devices
Amazon Science

Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Currency Converter
Promotional Financing

Recalls and Product Safety Alerts
Help

Subtotal
**$55.18**



Eligible for FREE Same-Day, Overnight or Tomorrow delivery

---

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business |
| Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products |
| Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

# EXHIBIT B

Deliver to kim — Topsfield 01983 | All ▼ | mobile+pixels+laptop+screen+extender | 🔍 | EN ▼ | Hello, Tom — Account & Lists ▼ | Returns & Orders | 🛒 2

Subtotal **$55.18**

Eligible for FREE Same-Day, Overnight or Tomorrow delivery

**All** | Medical Care ▼ | Prime Video | Amazon Basics | Keep Shopping For | Customer Service | Groceries ▼ | Shop Black-owned businesses

1-16 of 162 results for **"mobile+pixels+laptop+screen+extender"**      Sort by: Featured ▼

### Delivery
- Overnight by 8AM
- All Prime

### Delivery Day
- Get It by Tomorrow

### More-sustainable Products
- Climate Pledge Friendly

### Department
- Computers & Accessories
  - Computer Monitors

### Customer Reviews
- ★★★★☆ & Up
- ★★★☆☆ & Up
- ★★☆☆☆ & Up
- ★☆☆☆☆ & Up

### Brands
- ViewSonic

### Price
- $50 to $100
- $100 to $200
- $200 & Above
- $ Min   $ Max   Go

### Deals & Discounts
- All Discounts
- Today's Deals

### Monitor Resolution
- 2K DCI 1080p
- FHD 1080p
- FHD 1080p Ultra Wide

### Screen Size
- Up to 13.9 in
- 14.0 to 17.9 in
- 26.0 in & above

### Refresh Rate
- 144
- 120
- 60

### Response Time
- Up to 3.9 ms
- 4.0 to 4.9 ms
- 5.0 to 5.9 ms
- 6.0 ms & above

### Adaptive Sync
- FreeSync
- FreeSync Premium

### Connectivity Technology
- HDMI
- USB Type C

### Display Features
- Anti Glare Screen
- Blue Light Filter
- Built-In Speakers

MP    **Where Efficiency Meets Innovation**
Shop Trio&Trio Max Portable Screens ›



2024 Mobile Pixels Duex Plus DS 13.3"
★★★★☆ 41
$**215**¹⁰
$239.00
Exclusive Prime price

Sponsored

## Results
Check each product page for other buying options.



Sponsored

**Laptop Monitor Extender, 14"Laptop Screen Extender, USB Type-C/HDMI Ports, Attachable Portable Monitor fo…**
★★★★☆ 86
200+ bought in past month
$**149**²⁵  List Price: $199.00
Save $20.00 with coupon
Overnight
FREE delivery **Overnight 4 AM - 8 AM**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

Add to Cart



Sponsored

**2024 Mobile Pixels Duex Plus DS 13.3" Portable Monitor, USB Type-C/HDMI Plug and Play Laptop Screen Extender…**
★★★★☆ 41
100+ bought in past month
$**199**⁹⁹
Save $20.00 with coupon
Overnight
FREE delivery **Overnight 4 AM - 8 AM**
🏪 Small Business

Display Size: **13.3 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.00 milliseconds**

Add to Cart

+1 color/pattern



**2024 Mobile Pixels Duex Plus DS 13.3" Portable Monitor, USB Type-C/HDMI Plug and Play Laptop Screen Extender…**
★★★★☆ 41
100+ bought in past month
$**199**⁹⁹
Save $20.00 with coupon
Overnight
FREE delivery **Overnight 4 AM - 8 AM**
🏪 Small Business

Display Size: **13.3 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.00 milliseconds**

Add to Cart

More Buying Choices
$129.99 (7 used & new offers)

Flicker-Free
Height Adjustment
High Dynamic Range
Portable
⌄ See more

**Screen Surface**
Glossy
Matte

**Aspect Ratio**
16:10
16:9

**Mounting Type**
Desk Mount
Wall Mount

**Image Brightness**
Up to 272 cd
273 to 319 cd
367 cd & above

**Item Weight**
Up to 1.9 lb
2.0 to 3.9 lb
4.0 to 5.9 lb
12.0 lb & above

**Viewing Angle**
Up to 176 °
178 °
179 ° & above

**Computer Monitor Usage**
Business
Gaming

**Color**

**Business Type**
Small Business

**Monitor Display Maximum Resolution**
1920 x 1080
2560 x 1600

**Display Type**
LCD

**All Top Brands**
Top Brands

**Certification**
Energy Star

**International Shipping**
International Shipping Eligible

**Condition**
New
Renewed
Used

**Seller**
Mobile Pixels Inc
Amazon Warehouse
New Vision Tech LLC
SpaceBound
Woot
Maxfree
LIANJI Tech.

**Availability**
Include Out of Stock



+1 color/pattern

New Mobile Pixels 2023 Duex Max Portable Monitor, 14.1" FHD 1080P IPS Ultra Slim Laptop Screen Extender, USB...

303
100+ bought in past month

$**199**⁹⁹  List: $369.99

Overnight
FREE delivery **Overnight 4 AM - 8 AM**

🏬 Small Business

Display Size: **14.1 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2 milliseconds**

Add to Cart

More Buying Choices
$139.99 (10 used & new offers)

+4 colors/patterns



Subtotal
$55.18



Eligible for FREE Same-Day, Overnight or Tomorrow delivery

New Mobile Pixels Duex Max DS 14.1" FHD Portable Monitor, USB Type-C/HDMI Plug and Play 1080p Laptop...

1,727
50+ bought in past month

$**199**⁹⁹  Typical price: $229.99
Exclusive Prime price

Two-Day
FREE delivery **Wed, Feb 28**

🏬 Small Business

Display Size: **14.1 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **28 milliseconds**

Add to Cart

More Buying Choices
$149.99 (2 used & new offers)

+2 colors/patterns

## 4 stars and above

Sponsored  | Based on star rating and number of customer ratings



Laptop Screen Extender, 14"Portable Laptop Monitor, 1080P FHD IPS Monitor Extender, Plug and Play No...

177
50+ bought in past month

$**199**⁰⁰

Save $60.00 with coupon
FREE One-Day



+2 colors/patterns

SideTrak Swivel 14" Attachable Portable Monitor Extender, FHD TFT Laptop Dual Screen with Kickstand +...

1,220
300+ bought in past month

$**349**⁹⁹



14.1" Laptop Screen Extender, 1080P FHD Portable Monitor for Laptop USB C HDMI, Plug-Play Laptop Monitor Extende...

143
500+ bought in past month

$**148**⁹⁰  List Price: $199.90

Save $20.00 with coupon
Overnight 4 AM - 8 AM

## More results



Duex Max Ds Mobile Pixels 14.1" FHD 1080p Laptop Screen Extender, USB Type-C/HDMI Ports, Portable Mobi...

29



$188.99 Typical price: $199.99
Exclusive Prime price
Two-Day
FREE delivery **Wed, Feb 28**
Only 19 left in stock - order soon.
Small Business

Display Size: **14.1 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

Subtotal
**$55.18**



Eligible for FREE Same-Day, Overnight or Tomorrow delivery

Add to Cart

---

Sponsored



**14.1" Laptop Screen Extender, 1080P FHD Portable Monitor for Laptop USB C HDMI, Plug-Play Laptop…**

★★★★☆ 143
500+ bought in past month

$148.90 List Price: $199.90
Save $20.00 with coupon
Overnight
FREE delivery **Overnight 4 AM - 8 AM**

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080i**
Response Time: **5.00 milliseconds**

Add to Cart

---

Sponsored



**Portable Monitor - Mobile Pixels 15.6" Duex Float Portable Stacked Monitor, Full HD IPS Touchscreen (Built-in…**

★★★★☆ 7
50+ bought in past month

$259.99 Typical price: $299.99
Exclusive Prime price
Overnight
FREE delivery **Overnight 4 AM - 8 AM**
Small Business

Display Size: **15.6 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **1.0 milliseconds**

Add to Cart

More Buying Choices
$219.99 (6 used & new offers)

---

**Portable Monitor for Laptops, New Mobile Pixels Duex Plus 13.3" Full HD IPS Dual Laptop Monitor, USB C/USB …**

★★★★☆ 762
100+ bought in past month

$215.10 List Price: $239.99
Exclusive Prime price
One-Day
FREE delivery **Tomorrow, Feb 27**
Only 9 left in stock - order soon.
Small Business

Display Size: **13.3**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2 milliseconds**

Add to Cart

More Buying Choices
$116.67 (18 used & new offers)

+2 colors/patterns

---



**Duex Plus DS 2023 Mobile Pixels 13.3" Full HD IPS 1080P Portable Monitor, Laptop Screen Extender, Type-C/HDMI…**

★★★★☆ 15

$199.99
Save $20.00 with coupon
Overnight
FREE delivery **Overnight 4 AM - 8 AM**
Small Business

Display Size: **13.3 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

Subtotal $55.18

Add to Cart



**Portable Monitor for Laptop, New Mobile Pixels Duex Plus DS 13.3" FHD 1080P Laptop Screen Extender, USB Type-...**

14

$179.99 Typical price: $199.99
Exclusive Prime price

Overnight
FREE delivery **Overnight 4 AM - 8 AM**

Small Business

Display Size: **13.3 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.00 milliseconds**



Eligible for FREE Same-Day, Overnight or Tomorrow delivery

Add to Cart

More Buying Choices
$129.99 (3 used & new offers)



Sponsored

**Kwumsy Portable Laptop Screen Extender-S1 Slim 14" IPS FHD 1080P Extended Portable Monitor for Laptop,TYPE-...**

102
100+ bought in past month

Limited time deal

$159.20 Typical: $199.00
Save $30.00 with coupon

One-Day
FREE delivery **Tomorrow, Feb 27**

Display Size: **14.00 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.00 milliseconds**

Add to Cart




Sponsored

**InnoView Laptop Screen Extender 15.6" Dual Monitors Stacked Folding...**

407
200+ bought in past month

Limited time deal

$329.99 List: $379.99
Save $30.00 with coupon

Overnight
FREE delivery **Overnight 4 AM - 8 AM**

### More results



**Mobile Pixels Duex Max DS 14.1" Laptop Monitor Extender, Full HD FHD 1080P Portable Monitor,USB Type...**

11

$229.99
Save $30.00 with coupon

Two-Day
FREE delivery **Wed, Feb 28**

Small Business

Display Size: **14.1 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **28 milliseconds**

Add to Cart

More Buying Choices
$199.99 (3 used & new offers)

Subtotal
$55.18

Eligible for FREE Same-Day, Overnight or Tomorrow delivery



**New Mobile Pixels Duex Lite Portable Monitor for Laptops (2023 Upgraded), 12.5" Full HD IPS Laptop Screen...**
171
$189⁹⁹ List: $259.99

Two-Day
FREE delivery **Wed, Feb 28**
Small Business

Add to Cart

More Buying Choices
$126.99 (5 used & new offers)

Display Size: **12.5 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.00 milliseconds**

+3 colors/patterns



**Mobile Pixels New Trio Portable Laptop Monitor Extender, 2x13.3" FHD 1080P Triple Monitor for Laptop, USB Type...**
1,556
$459⁹⁹
Save $60.00 with coupon

Overnight
FREE delivery **Overnight 4 AM - 8 AM**
Only 11 left in stock - order soon.
Small Business

Add to Cart

Display Size: **13.3 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

+2 colors/patterns



**Mobile Pixels Duex Plus Portable Monitor for Laptops, USB C/USB A Plug and Play 13.3in FHD 1080p Laptop Screen...**
1,513
Limited time deal
$219⁹⁹ Typical: $279.99

Two-Day
FREE delivery **Wed, Feb 28**
Deal is 0% claimed
Small Business

See options

Display Size: **12.5 inches**
Refresh Rate: **-**
Resolution: **FHD 1080p**
Response Time: **-**

+4 colors/patterns



Sponsored
**Laptop Screen Extender, 14"Portable Laptop Monitor, 1080P FHD IPS Monitor Extender, Plug and Play No Drive...**
177
50+ bought in past month
$199⁰⁰
Save $60.00 with coupon

One-Day
FREE delivery **Tomorrow, Feb 27**

Add to Cart

Display Size: **14 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **-**

**New Mobile Pixels Trio Portable Monitor, 13.3" Triple Monitor for 13"-14.5" Laptops (Built-in Kickstand), USB...**
Options: 2 sizes
46
$395⁹⁹ List: $499.99

One-Day
FREE delivery **Tomorrow, Feb 27**

Display Size: **13.3 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**

Subtotal $55.18

Eligible for FREE Same-Day, Overnight or Tomorrow delivery

Small Business
Add to Cart

More Buying Choices
$239.99 (5 used & new offers)



**Duex Lite Mobile Pixels (2023 Version) 12.5" Portable Monitor, FHD 1080p Laptop Screen Extender HDMI Lapt...**

83

$199.99  List: $299.99

One-Day
FREE delivery **Tomorrow, Feb 27**
Small Business

Display Size: **12.5**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.0 milliseconds**

Add to Cart

More Buying Choices
$123.99 (5 used & new offers)

+2 colors/patterns

**New Mobile Pixels Duex Plus Portable Monitor for Laptop, 13.3" 1080P FHD Ultimate Portable Laptop Monitor...**

193

$199.99

Save $20.00 with coupon

One-Day
FREE delivery **Tomorrow, Feb 27**
Small Business

Display Size: **13.3 inches**
Refresh Rate: **60**
Resolution: **FHD 1080p**
Response Time: **2.00 milliseconds**

Add to Cart

More Buying Choices
$139.99 (2 used & new offers)

+2 colors/patterns



**Mobile Pixels Duex Max Portable Laptop Monitor, 14.1" Laptop Screen Extender, USB A/USB C Plug and Play,...**

22

$284.99  List: $329.99

Save $50.00 with coupon

Two-Day
FREE delivery **Wed, Feb 28**
Small Business

Display Size: **14.1 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **2.0 milliseconds**

Add to Cart

More Buying Choices
$199.99 (3 used & new offers)



Sponsored

**Triple Laptop Monitor Extender, 13.3" 1080P FullHD IPS Dual Portable Monitor for Laptop, Type-C Travel Extende...**

409
200+ bought in past month

Limited time deal

$239.99  List: $399.99

Save $25.00 with coupon

Overnight
FREE delivery **Overnight 4 AM - 8 AM**

Display Size: **13.3 inches**
Refresh Rate: **60 hertz**
Resolution: **FHD 1080p**
Response Time: **30.00 milliseconds**

Add to Cart

### Related searches

| portable monitor | portable monitor for laptop | portable screen for laptop |
| viewsonic portable monitor | kyy portable monitor 15.6 | asus portable monitor |

‹ Previous | 1 | 2 | 3 | ... | 11 | Next ›

Subtotal $55.18

Eligible for FREE Same-Day, Overnight or Tomorrow delivery

## Brands related to your search
Sponsored

## Need help?
Visit the help section or contact us

Sponsored

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter
Promotional Financing

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

English   United States

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business | |
| Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | Goodreads<br>Book reviews<br>&<br>recommendations | |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | |
| Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | |
| | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

Subtotal
$55.18



Eligible for
FREE Same-
Day, Overnight
or Tomorrow
delivery

